USCA1 Opinion

 

 May 25, 1993 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 92-2409 JAMES M. MOONEY, Plaintiff, Appellant, v. UNITED STATES DEPARTMENT OF DEFENSE, ETC., Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Martin F. Loughlin, Senior U.S. District Judge] __________________________ ____________________ Before Torruella, Cyr and Stahl, Circuit Judges. ______________ ____________________ James M. Mooney on brief pro se. _______________ Peter E. Papps, Acting United States Attorney, and Gretchen Leah ______________ _____________ Witt, Assistant United States Attorney, on Motion for Summary ____ Disposition, for appellee. ____________________ ____________________ Per Curiam. We have reviewed the record and the ___________ parties' submissions and are persuaded that the district court properly dismissed the instant civil action for lack of subject matter jurisdiction. Moreover, where appellant's complaint was not timely filed, transfer to the Federal Circuit was not in the interests of justice under 28 U.S.C. 1631. Accordingly, the judgment of the district court is affirmed. Appellant's multiple objections to our ________ orders denying his motions for oral argument and appellant's motion for authentication are denied. ______